IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VIRGIL LEE HUBBARD,<br><br>Defendant. | No. 20-CR-1004<br><br>**INDICTMENT**<br><br>**Count 1**<br>18 U.S.C. § 922(g)(1): Possession of a Firearm and Ammunition by a Prohibited Person<br><br>**Count 2**<br>21 U.S.C. § 841(a)(1), 860(a): Possession with Intent to Distribute a Controlled Substance Near a Protected Location |

The Grand Jury charges:

## Count 1

### Possession of a Firearm and Ammunition by a Prohibited Person

On or about April 13, 2019, in the Northern District of Iowa, defendant VIRGIL LEE HUBBARD, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a Smith & Wesson 38 Special Model 36 revolver, and knowingly possessed ammunition, specifically, a 38 Special shell casing. The firearm and ammunition were in and affecting commerce.

Defendant was previously convicted of the following crimes punishable by imprisonment for a term exceeding one year:

1) Armed Robbery, in the Illinois Circuit Court of Cook County, on or about August 4, 1998, in case number 98CR0913401; and

1

2) Theft in the Second Degree, in the Iowa District Court for Dubuque County, on or about November 5, 2009, in case number FECR086328; and

3) Manufacture, Delivery, Possession—Counterfeit Substances, Simulated Controlled Substances, Imitation Controlled Substances, in the Iowa District Court for Dubuque County, on or about March 7, 2016, in case number FECR106228.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 2

### Possession with Intent to Distribute a Controlled Substance Near a Protected Location

On or about April 13, 2019, in the Northern District of Iowa, defendant VIRGIL LEE HUBBARD did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, and 5 grams or more of pure (actual) methamphetamine, a Schedule II controlled substance, within 1,000 feet of the real property comprising a private school, that is, Loras College located in Dubuque, Iowa.

This was in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), and 860(a).

A TRUE BILL

s/Foreperson
Grand Jury Foreperson     February 5, 2020
                          Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 2/5/2020
ROBERT L. PHELPS, CLERK

PETER E. DEEGAN, JR.
United States Attorney

By: *Liz Dupuich*

LIZ DUPUICH
Special Assistant United States Attorney

3