AO 442 (Rev. 01/09) Arrest Warrant
RECEIVED
U.S. MARSHAL
2020 FEB -5 AM 11: 54
N/IA
CEDAR RAPIDS

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 20-CR-1004 |
| Virgil Lee Hubbard | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Virgil Lee Hubbard,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Possession of a Firearm and Ammunition by a Prohibited Person in violation of Title 18, United States Code, Section 922(g)(1); and Possession with Intent to Distribute a Controlled Substance Near a Protected Location in violation of Title 21, United States Code, Section 841(a)(1), 860(a).

Date: Feb. 5, 2020

*Issuing officer's signature*

City and state: Cedar Rapids, Iowa

Mark A. Roberts, U.S. Magistrate Judge
*Printed name and title*

---

### Return

**Suspect arrested by USMS**

This warrant was received on *(date)* ~~Agency Name~~, and the person was arrested on *(date)* **on 2/25/2020 in the Northern District of Iowa**
at *(city and state)*

Date:

*Arresting officer's signature*

**USMS Signature**

*Printed name and title*