# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. VIRGIL LEE HUBBARD, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 2:20-cr-1004-CJW-MAR<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold  Contract? --<br>Contact Information: -- |

| Date: | 2/26/2020 | Start: | 3:03 PM | Adjourn: | 3:07 PM | Courtroom: | 4 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | | | Telephonic? | No |
| Appearances: | Plaintiff(s): | SAUSA Elizabeth Dupuich | | | | | | | |
| | Defendant(s): | AFPD Christopher J. Nathan (Defendant appears personally) | | | | | | | |
| | U.S. Probation: | Marcus Perez | | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: | -- |

**TYPE OF PROCEEDING:** INITIAL APPEARANCE: X  AND/OR  ARRAIGNMENT: X

| | | |
|---|---|---|
| | Contested? No | Continued from a previous date? No |
| Date of indictment: | 2/5/2020 | |
| Was defendant *Mirandized*? | Yes | |
| Defendant pleaded | not guilty to counts 1 and 2 of the indictment | |
| Counsel: Retained: Or Appointed: X FPD/CJA Panel: | AFPD Jill M. Johnston | |
| Stipulation to discovery plan? Yes | Did defendant provide financial affidavit? | No |
| Did the government move for detention? Yes | Was the defendant detained? | Yes |
| Detention hearing: | 3/2/2020 **2:00 PM** | |
| Trial date: | 4/27/2020 | |
| Motions deadline: | 3/25/2020 | |
| Plea notice/status report: | 4/6/2020 | |
| Government status report: | 4/7/2020 | |
| Plea entry deadline: | 4/13/2020 | |
| **Witness/Exhibit List is** | N/A | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| **Miscellaneous:** | Defendant states his full name as Virgil Lee Hubbard, Jr.<br><br>Financial affidavit due by 3/2/2020.<br><br>Defendant waives reading of the indictment. |
|---|---|