# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. VIRGIL LEE HUBBARD, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 2:20-cr-1004-CJW-MAR<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold  Contract? --<br>Contact Information: -- |

| Date: | 3/2/2020 | Start: | 2:01 PM | Adjourn: | 2:48 PM | Courtroom: | 4 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | | | Telephonic? | No |
| Appearances: | Plaintiff(s): | SAUSA Elizabeth Dupuich | | | | | | | |
| | Defendant(s): | AFPD Christopher J. Nathan (Defendant appears personally) | | | | | | | |
| | U.S. Probation: | Marcus Perez | | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: | -- |

| TYPE OF PROCEEDING: | DETENTION | X | REVOCATION | | PRELIMINARY EXAMINATION | |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | | | | Contested? Yes | Continued from a previous date? No |
| | Moving party: | | Defendant | | |
| | Nature of proceedings: | | Ruling: | | |
| | Review of detention or conditions | X | Court finds that the defendant does pose a risk of non-appearance and a danger to the community. Defendant remains detained. | | |
| | Review of pre-trial release | | | | |
| | Review of supervised release | | | | |
| | Preliminary examination | | | | |
| | **Witness/Exhibit List is** | Plaintiff's witness:<br>• Brian Wullweber, Dubuque PD (2:02-2:16 PM)<br>• Nicholas Schlosser, Dubuque PD (2:17-2:21 PM)<br>• Chad Leitzen, Dubuque PD (2:22-2:36 PM)<br><br>Defendant Exhibits A and B received without objection | | | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | | | |
| | **Miscellaneous:** | Ms. Dupuich calls Officer Brian Wullweber. Direct (2:02-2:11 PM). Cross (2:11-2:16 PM). No further direct. Officer Wullweber excused.<br><br>Ms. Dupuich calls Officer Nicholas Schlosser. Direct (2:17-2:19 PM). Cross (2:19-2:21 PM). No further direct. Officer Schlosser excused.<br><br>Ms. Dupuich calls Chad Leitzen. Direct (2:22-2:29 PM). Cross (2:29-2:36 PM). No further direct. Officer Leitzen excused.<br><br>Mr. Nathan offers Defendant Exhibits A and B.<br><br>Court hears argument. | | | |