## IN THE IOWA DISTRICT COURT FOR DUBUQUE COUNTY

| | |
|---|---|
| STATE OF IOWA,<br>　　　　PLAINTIFF,<br>vs<br>VIRGIL LEE HUBBARD JR,<br>　　　　DEFENDANT. | Case No. 01311 FECR106228<br>ORDER |

The Court has been informed that the federal authorities have handed down an indictment against the Defendant. Based thereon the State moves to dismiss the pending matters.

IT IS HEREBY ORDERED that the trial information and the probation revocation report are dismissed in FECR133177 and FECR106228. Costs are waived due to the Defendant's placement in federal custody and inability to pay the costs.

CLERK TO FURNISH COPIES TO:



DEFENDANT'S EXHIBIT
CASE NO. 20-CR-1004
EXHIBIT NO. A

1 of 2



State of Iowa Courts

**Case Number**  **Case Title**
FECR106228     ST V VIRGIL HUBBARD JR
**Type:**          OTHER ORDER

So Ordered

*Monica Zrinyi Wittig*

Monica Zrinyi Wittig, District Court Judge,
First Judicial District of Iowa

Electronically signed on 2020-02-26 11:45:04

# Case Summary

Case No. 98CR0913401

| | | |
|---|---|---|
| People of the State of Illinois vs. VIRGIL HVBBAND | § § § § § § § | Location: **Criminal Division**<br>Judicial Officer: **Munari-Petrone, Angela**<br>Filed on: **03/25/1998**<br>Record Division Number: **B800837**<br>Central Booking Number/Document Control Number: **010987298**<br>IR Number: **1227586**<br>Related Case Number: **98111705301** |

---

## Case Information

**Offense**    **Degree**    **Offense Date**    **Filed Date**

Jurisdiction: **Chicago Police Department**

001. ARMED ROBBERY    FX    01/01/1900    03/25/1998

Case Type: Felony Information
Case Status: **08/04/1998** Case Disposed

Arrest Date: 02/20/1998

### Statistical Closures
08/04/1998 Guilty Plea

---

## Assignment Information

**Current Case Assignment**
Case Number    98CR0913401
Court    Criminal Division
Date Assigned    03/25/1998
Judicial Officer    Munari-Petrone, Angela

---

## Party Information

**Defendant**    HVBBAND, VIRGIL
CHGO, IL 60620
Black
Male
Height: 5' 7"    Weight: 180
DOB:
Other Agency Number:    IR Number

**Plaintiff**    People of the State of Illinois
Other

DEFENDANT'S EXHIBIT
CASE NO. 20CR1004
EXHIBIT NO. B

---

## Events and Orders of the Court

08/04/1998    **By Agreement**

08/04/1998    **Plea** (Judicial Officer: Morrissey, John E)
                 HVBBAND, VIRGIL
                 001. ARMED ROBBERY
                     Plea of Guilty

▮ ; ▮ Sequence: 001

08/04/1998 **Disposition** (Judicial Officer: Morrissey, John E)
    001. ARMED ROBBERY
      Plea of Guilty
    ▮ ▮
    Sequence: 001

08/04/1998 **Amended Disposition** (Judicial Officer: Morrissey, John E) Reason: Conversion
    001. ARMED ROBBERY
      Finding of Guilty
    ▮
    Sequence: 001

08/04/1998 **Sentence** (Judicial Officer: Morrissey, John E)
    001. ARMED ROBBERY
      IDOC
      IL Criminal
        Confinement/Juvenile Detention
          Status: Conversion Sentence Status
          Agency: Illinois Department of Corrections
          Report Date: 08/04/1998
          Term: 6 Years
          Credit for Time Served: 66 Days
          Comment: DEF SENTENCED ILLINOIS DOC

08/04/1998 Defendant In Custody (Judicial Officer: Morrissey, John E)
    *ROOM: 302 JDGE: 0562*

08/04/1998 Plea Of Guilty (Judicial Officer: Morrissey, John E)
    *ROOM: 302 JDGE: 0562 REF: C001*

08/04/1998 Jury Waived (Judicial Officer: Morrissey, John E)
    *ROOM: 302 JDGE: 0562*

08/04/1998 Finding Of Guilty (Judicial Officer: Morrissey, John E)
    *ROOM: 302 JDGE: 0562 REF: C001*

08/04/1998 Presentence Investigation Waived (Judicial Officer: Morrissey, John E)
    *ROOM: 302 JDGE: 0562*

08/04/1998 Defendant Sentenced Illinois Department Of Corrections (Judicial Officer: Morrissey, John E)
    *ROOM: 302 JDGE: 0562 REF: C001 MIN TERM: 6Y*

08/04/1998 Credit Defendant For Time Served (Judicial Officer: Morrissey, John E)
    *ROOM: 302 JDGE: 0562 MIN TERM: 66D*

08/04/1998 Mittimus To Issue (Judicial Officer: Morrissey, John E)
    *ROOM: 302 JDGE: 0562*

08/04/1998 Change Priority Status (Judicial Officer: Morrissey, John E)
    *ROOM: 302 JDGE: 0562 REF: M*

07/14/1998 **By Agreement**

07/14/1998 Prisoner Data Sheet To Issue (Judicial Officer: Morrissey, John E)
    *ROOM: 302 JDGE: 0562*

07/14/1998 Continuance By Agreement (Judicial Officer: Morrissey, John E)
    *ROOM: 302 JDGE: 0562 CDATE: 08/04/1998 C: 09:30 AM - 2*

06/30/1998 **By Agreement**

06/30/1998 Admonish Per Supreme Court Rule 402 (Judicial Officer: Morrissey, John E)
    *ROOM: 302 JDGE: 0562*

06/30/1998 Continuance By Agreement (Judicial Officer: Morrissey, John E)
    *ROOM: 302 JDGE: 0562 CDATE: 07/14/1998 C: 09:30 AM - 2*

06/24/1998 **By Agreement**

Criminal Division

## Case Summary

**Case No. 98CR0913401**

| 06/24/1998 | Prisoner Data Sheet To Issue  (Judicial Officer: Morrissey, John E)<br>*ROOM: 302 JDGE: 0562* |
|---|---|
| 06/24/1998 | Continuance By Agreement  (Judicial Officer: Morrissey, John E)<br>*ROOM: 302 JDGE: 0562 CDATE: 06/30/1998 C: 09:30 AM - 2* |
| 06/09/1998 | **Motion State** |
| 06/09/1998 | Prisoner Data Sheet To Issue  (Judicial Officer: Morrissey, John E)<br>*ROOM: 302 JDGE: 0562* |
| 06/09/1998 | Continuance By Agreement  (Judicial Officer: Morrissey, John E)<br>*ROOM: 302 JDGE: 0562 CDATE: 06/24/1998 C: 09:30 AM - 2* |
| 05/21/1998 | **By Agreement** |
| 05/21/1998 | Prisoner Data Sheet To Issue  (Judicial Officer: Morrissey, John E)<br>*ROOM: 302 JDGE: 0562* |
| 05/21/1998 | Motion State - Continuance  (Judicial Officer: Morrissey, John E)<br>*ROOM: 302 JDGE: 0562 CDATE: 06/09/1998 C: 09:30 AM - 2* |
| 04/29/1998 | **By Agreement** |
| 04/29/1998 | Continuance By Agreement  (Judicial Officer: Morrissey, John E)<br>*ROOM: 302 JDGE: 0562 CDATE: 05/21/1998 C: 09:30 AM - 2* |
| 04/07/1998 | **Continued to**<br>Resource: Location CR1701 Criminal Division, Courtroom 101 |
| 04/07/1998 | **Continued to**<br>Resource: Location CR1725 Criminal Division, Courtroom 302 |
| 04/07/1998 | Case Assigned  (Judicial Officer: FITZGERALD, THOMAS R.)<br>*ROOM: 101 JDGE: 0124 CDATE: 04/07/1998 ROOM: 302* |
| 04/07/1998 | Prisoner Data Sheet To Issue  (Judicial Officer: Morrissey, John E)<br>*ROOM: 302 JDGE: 0562* |
| 04/07/1998 | Continuance By Agreement  (Judicial Officer: Morrissey, John E)<br>*ROOM: 302 JDGE: 0562 CDATE: 04/29/1998* |
| 03/25/1998 | Indictment/Information-Clerks Office-Presiding Judge<br>*ROOM: CLERK'S OFFICE CDATE: 04/07/1998 ROOM: 101 DESC: 98CR0913401 ID# CR100230521* |

Case 2:20-cr-01004-CJW-MAR   Document 15   Filed 03/02/20   Page 5 of 5