# IN THE UNITED STATES DISTRICT COURT
EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## FOR THE NORTHERN DISTRICT OF IOWA
PARA EL DISTRITO NORTE DE IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Estados Unidos De America,<br><br>            Plaintiff,<br>            Demandante,<br><br>v.<br><br>Virgil Lee Hubbard<br><br>            Defendant<br>            Acusado | Criminal No. __20-CR-1004__<br>No. De Causa |

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS
### AFIRMACIÓN DE LOS DERECHOS DE LA QUINTA Y SEXTA ENMIENDA

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or its agents. I will not waive any of my constitutional rights except in the presence of counsel, and I do not want the government or its agents to contact me seeking my waiver of any rights unless my counsel is present.

*Yo, el acusado nombrado arriba, por la presente afirmo mis derechos de la Quinta y Sexta Enmienda de guardar silencio y de tener abogado presente en cualquier y todas interacciones con la fiscalía o sus agentes. No renunciaré a ningunos derechos constitucionales sin la presencia de mi abogado, y no quiero que la fiscalía o sus agentes hablen conmigo buscando la renuncia a cualquier derecho a menos que mi abogado esté presente.*

_____
Defendant's signature (Firma del acusado)

_____          222 Third Avenue, SE, Suite 290, Cedar Rapids, Iowa 52401
Attorney's name/address printed (Nombre/dirección de abogado escrito con letra de molde)

_____
Attorney's Signature (Firma del abogado)

Date (Fecha): __3/4/20__                    Time (Hora): __10:50__ a.m./p.m.