IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

VIRGIL LEE HUBBARD,

Defendant.

No. 20-CR-1004

## CONSENT TO PREPARATION AND INSPECTION
## OF PRESENTECE INVESTIGATION REPORT

I understand that the Court will require a presentence investigation report under Federal Rule of Criminal Procedure 32 before imposing sentence. I understand that I have a right under Federal Rule of Criminal Procedure 32(e)(1) not to have the Court or the United States Attorney's Office review the presentence report until after I have pleaded guilty or nolo contendere or I have been found guilty.

I waive and give up this right and consent to the United States Probation Office conducting a presentence investigation and preparing a presentence report before I plead guilty or nolo contendere. I also consent and agree to the Court and the United States Attorney's Office reviewing the presentence report before I plead guilty or nolo contendere.

I understand my right to a speedy trial and hereby waive and give up this right and consent to a delay in the ultimate disposition of this case to allow for preparation and disclosure of the presentence report.

I have read or had read to me the foregoing consent and fully understand it. I have had sufficient time to discuss this matter with my attorney, and I have no questions about my rights or the effect of this waiver.

No one has forced, pressured, or threatened me to waive this right and sign this consent form. No promise has been made to me as to what the final disposition of my case will be beyond any plea agreement (if applicable).

5-15-20
Date

VIRGIL LEE HUBBARD
Defendant

JILL M. JOHNSTON
Defendant's Attorney