# Jill Johnston

| | |
|---|---|
| **From:** | Sara Appleton <​█████████████> |
| **Sent:** | Monday, November 9, 2020 10:39 PM |
| **To:** | Jill Johnston |
| **Subject:** | Character Statement for Virgil Hubbard |

To Whom It May Concern,

    I am writing this on behalf of Virgil Hubbard, Jr. I'd like to let the courts know that I understand that he has committed a crime, and the courts must seek justice, but I would like to let you know that aside from the fact that he has committed these crimes he is a very caring individual. Before his incarceration in Linn County, he was my caregiver. I was diagnosed with Endometrial Cancer in April 2019 and he took care of my every need after my surgery, chemotherapy, and radiation treatments. He would give the shirt off of his back to a stranger if they needed it.

    Virgil is a very smart individual but has made wrong choices in his past. He has so much potential and talent.

    I would like to thank you for taking the time to read this. Have a great day.

Sincerely,
Sara Appleton

11/9/2020



**DEFENDANT'S EXHIBIT**

CASE NO. **20-CR-1004**

EXHIBIT NO. **A**