# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>VIRGIL LEE HUBBARD,<br><br>        Defendant. | No. 20-CR-1004-LRR<br><br>**ORDER SETTING HEARING** |

_____

The Petition to Revoke Supervision in the above-entitled matter is before the court. A hearing will be held on **Tuesday, May 9, 2023, at 1:30 p.m.** before the undersigned in Courtroom 2, United States Courthouse, 111 Seventh Avenue SE, Cedar Rapids, Iowa.

The Clerk of Court is directed to appoint counsel by personal conversation with the attorney appointed to make certain the attorney is able to serve at the time and date set forth above.

The Clerk of Court shall send this Order to Defendant at his address per the probation officer and shall notify Defendant of the name and address of the attorney who will represent him. Defendant shall immediately contact his appointed attorney so the attorney can prepare for the hearing.

Counsel for Defendant is reminded to fully and timely comply with the requirements of Northern District of Iowa Public Administrative Order No. 22-AO-0003-P.

      **IT IS SO ORDERED**.

**DATED** this 1st day of May, 2023.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA