IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 20-1004 |
| | ) | |
| vs. | ) | **NOTICE PURSUANT TO** |
| | ) | **ADMINISTRATIVE** |
| | ) | **ORDER 22-AO-0003-P** |
| VIRGIL HUBBARD, | ) | |
| Defendant. | ) | |

Notice is hereby given that all of the allegations contained in the Petition to Revoke Supervision will be not be contested.

/s/ *John Bishop*

_____
**JOHN J. BISHOP** AT0000937
222 Third Ave. SE, Suite 299
Cedar Rapids, IA 52401
Phone: (319) 398-0343
Fax (319) 364-8914
Email: johnbishoplaw@gmail.com

ATTORNEY FOR DEFENDANT