# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. VIRGIL LEE HUBBARD, Defendant(s) | HEARING MINUTES  Sealed: No<br>Case No.: 2:20-cr-1004-LRR-MAR-1<br>Presiding Judge: Linda R. Reade<br>Deputy Clerk: Rachel J. Scott<br>Official Court Record: Ellen Tucker  Contract? Yes<br>Contact Information: acereporting0@gmail.com |

| Date: | 05/09/2023 | Start: | 1:24 PM | Adjourn: | 1:26 PM | Courtroom: | 2 |
|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | Telephonic? | -- |

| Appearances: | Plaintiff(s): | AUSA Patrick Reinert | | | | | |
|---|---|---|---|---|---|---|---|
| | Defendant(s): | John J. Bishop (Defendant appears personally) | | | | | |
| | U.S. Probation: | USPO Michael Krempges | | | | | |
| | Interpreter: | -- | Language: | -- | Certified: | -- | Phone: -- |

**TYPE OF PROCEEDING:** STATUS CONFERENCE  **X**  **DETENTION**   **REVOCATION**

Contested? No    Continued from a previous date? No

| Moving party: | US Probation | |
|---|---|---|
| Nature of proceedings: | | Ruling: |
| Preliminary examination | | |
| Review of detention or conditions | | |
| Review of pre-trial release | | |
| Review of supervised release | X | Hearing not held. |

**Witness/Exhibit List is**

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| Miscellaneous: | Probation officer Michael Krempges informs the court that Mr. Hubbard tested positive on his drug test.<br><br>Revocation Hearing is continued to 06/05/2023. Order to follow.<br><br>Mr. Hubbard will remain in custody pending further order of the court. |
|---|---|