IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 20-1004 |
| | ) | |
| vs. | ) | **MOTION FOR CONTINUANCE** |
| | ) | **(unresisted)** |
| | ) | |
| VIRGIL HUBBARD, | ) | |
| Defendant. | ) | |

COMES NOW, the defendant, by counsel, and in support of his motion for continuance states as follows:

1. The defendant is currently scheduled for a final hearing for revocation of supervised release on June 5, 2023, at 2:15 p.m.

2. Undersigned counsel has a previously scheduled family vacation beginning on June 5 and ending on June 16, 2023.

3. Assistant United States Attorney Elizabeth Dupuich has no resistance to a continuance of this matter due to the circumstances.

WHEREFORE, for the reasons stated herein, the defendant prays the Court to grant a continuance of the final hearing for revocation of supervised release in this case.

/s/ John Bishop

_____
**JOHN J. BISHOP** AT0000937
222 Third Ave. SE, Suite 299
Cedar Rapids, IA 52401
Phone: (319) 398-0343
Fax: (319) 364-8914
E-mail: johnbishoplaw@gmail.com

ATTORNEY FOR DEFENDANT