IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> VIRGIL LEE HUBBARD, <br><br> Defendant. | No. 20-CR-1004-LRR <br><br> **ORDER** |

_____

The matter before the court is defendant's "Motion for Continuance (unresisted)" ("Motion") (docket no. 57), filed on May 10, 2023.

For the reasons stated in the Motion, the Motion is **GRANTED**. The hearing is reset from Monday, June 5, 2023, at 2:15 p.m. to **Thursday, July 27, 2023, at 10:00 a.m.** before the undersigned in Courtroom 2, United States Courthouse, 111 Seventh Avenue SE, Cedar Rapids, Iowa.

**IT IS SO ORDERED** this 10th day of May, 2023.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA